CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 18 2008  aow
FEB 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Alonzo Young

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 1018
JUDGE DOW
MAGISTRATE JUDGE NOLAN

Ca_ _ _ _ _
(To be supplied by the Clerk of this Court)

vs.

Timothy F. Bukowski
Michael D. Downey

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: ALONZO YOUNG

B. List all aliases: _____

C. Prisoner identification number: 398048

D. Place of present confinement: JEROME Combs Detention Center

E. Address: 3050 Justice Way, Kankakee IL 60901

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Timothy F Bukowski
   Title: Sheriff
   Place of Employment: Jerome Combs Detention Center

B. Defendant: Michael D. Downey
   Title: Head of Corrections Chief
   Place of Employment: Jerome Combs Detention Center

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Alonzo Young -vs- Aramark Company. 07C 5678

B. Approximate date of filing lawsuit: October 5, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Aramark Company

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Judge Pallmeyer

G. Basic claim made: Over Priced Commissary

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: December 13, 07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was placed in Kankakee County from Cook County Jail. Currently I am repersenting my self in court & Cook County has a law library also the proper legal materails for me to file motions & view other case's. By me being placed in Kankakee County Jail with no law library or librarian nor officer in control of assisting me with the proper legal materails to access me with at least once each week so that I could proceed with my case. I feel that this institution is violating my constitutional rights. I put in several request's in for cases so that I could view them. "NO RESPOND" I put in grievences about this institution not having a law library. They responded with, "It do not apply with them" & what do this have to do with County Jail Standards. I feel like there trying to stop me from going home!

Also while INCARSARATED IN JEROME COMBS DETENTION CENTER I WAS INFECTED BY AN FLEASH EATING BACTERIA CALLED "MERSA" I HAVE NOT CAUGHT THIS INFECTION UNTIL I CAME INTO this institution. THIS A lack OF PROPER ~~and~~ EXAMINATION UPON ARRIVAl OF INMATES. It WAS A problem BEFORE I ARRIVED HERE & I SHOULD HAVE NOT CAUGHT it while INCARSARATED HERE. I'AM IN A position where there's NOBODY'S CLEANNING SHOWERS ON A DAYLY BASIS & I'AM AFRAID I'll CATCH it ONCE MORE BECAUSE this institution is not ENHANCING the Situation that put ME IN the position I WAS IN. IN the Beginning. I'VE BEEN INCARSARATED FOR About FIVE YEARS & I SHOULD NOT HAVE to Go through this IN this institution. I WOULD like to Go BACK to COOK County JAIL.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to view them there wrong & grant me 7,500,000 Dollars for them trying to insult my intelligence. Also send me back to Cook County Jail.

THANK YOU!

*Alonzo Young*

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __28__, 20 __08__

_____*Alonzo Young*_____
(Signature of plaintiff or plaintiffs)

_____Alonzo Young_____
(Print name)

_____398048_____
(I.D. Number)

Jerome Combs Detention Center, 3050 Justice Way, Kankakee Illinois 60901
(Address)

6

Revised 9/2007

TO: MR. STEVENSON

PLEASE MAKE THREE COPIES FOR LAW SUIT
FOR: LAW CLERK OF THE U.S. District Court THANK YOU

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(✓) REQUEST                          ( ) GRIEVENCE

( ) CALLING CARD                     ( ) OTHER
(check one)   ( ) $30   ( ) $20   ( ) $10

NAME  Alonzo Young                   DATE  1-25-08

CELL BLOCK/CELL  MAX · C · 6         INMATE ID  398048

Describe your request/grievance/amount of calling card

I AM FROM COOK COUNTY JAIL $ I AM TRYING TO LOOK UP A FEW CASES UNDER THE APPELLATE COURT STANDARDS I WOULD LIKE TO GO TO THE LAW LIBRARY TO LOOK UP CASES SO I COULD PROCEED WITH MY CASE RIGHT NOW I AM AT A STAND STILL $ I AM TRYING TO GO HOME THANK YOU

RECEIVED BY OFFICER: [signature]          DATE: 1/25/08

RESPONSE:

WE DON'T HAVE A LAW LIBRARY

ANSWER GIVEN BY: [signature]          DATE: 1-28-08

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

TO: lAw lIBRARIAN OR OFFICER IN
Control of law library Activities

PLEASE MAKE THREE copies FOR law suit
FOR: law clerk of the U.S. District court THANK You

# KANKAKEE COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION

( ) REQUEST     (✓) GRIEVENCE

( ) CALLING CARD     ( ) OTHER
(check one)   ( ) $30   ( ) $20   ( ) $10

NAME Alonzo Young     DATE 1-25-08

CELL BLOCK/CELL MAX C-6     INMATE ID 398048

Describe your request/grievance/amount of calling card

I've BEEN ASKING FOR CASES THAT HAVE BEEN GRANTED APPEALS UNDER THE ILLINOIS APPELLATE COURTS THATS BEEN CHARGED WITH FIRST DEGREE MURDER UNDER STATE LAW I'VE PUT SEVERAL REQUESTS IN BUT NO RESPOND COULD YOU PLEASE RESPOND TO MY REQUEST!

RECEIVED BY OFFICER: [signature]     DATE: 1-25-08

RESPONSE:

WE DON'T HAVE ANYONE THAT DOES RESEARCH NOR DO WE HAVE ANY RESOURCES FOR DETAINEES TO LOOK THIS INFORMATION UP ON.

ANSWER GIVEN BY: [signature]     DATE: 1-28-08

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

TO: LAW LIBRARIAN OR OFFICER IN CONTROL OF LAW LIBRARY ACTIVITIES

PLEASE MAKE THREE COPIES FOR LAW CLERK OF THE US DISTRICT COURT LAW SUIT. THANK YOU

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(✓) REQUEST     ( ) GRIEVENCE

( ) CALLING CARD     ( ) OTHER
(check one) ( ) $30  ( ) $20  ( ) $10

NAME Alonzo Young      DATE 1-22-08

CELL BLOCK/CELL MAX C-6     INMATE ID 398048

Describe your request/grievance/amount of calling card

I NEED FOUR CASES THAT HAVE BEEN GRANTED AN APPEAL UNDER THE ILLINOIS APPELLATE COURTS THATS BEEN CHARGED WITH FIRST DEGREE MURDER UNDER STATE NOT FEDERAL

PLEASE RESPOND TO MY REQUEST

RECEIVED BY OFFICER: ZJ 0134    DATE: 1-22-08

RESPONSE:

WE DO NOT PROVIDE THIS SERVICE.

ANSWER GIVEN BY: [signature]    DATE: 1-24-08

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

TO: SHERIFF TIMOTHY F. BUKOWSKI

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST                    (✓) GRIEVENCE

( ) CALLING CARD               ( ) OTHER
(check one)   ( ) $30   ( ) $20   ( ) $10

NAME: Alonzo Young                    DATE: 1-26-08

CELL BLOCK/CELL: MAX - C - 6          INMATE ID: 398048

Describe your request/grievance/amount of calling card

I AM A COOK COUNTY DETAINEE I'VE BEEN IN YOUR INSTITUTION FOR ABOUT FOUR MONTHS I'VE PUT IN REQUEST & GRIEVENCES ABOUT YOUR INSTITUTION NOT HAVING A LAW LIBRARY OF LEGAL MATERIALS "PROPER" LEGAL MATERIALS SO THAT I COULD MOVE FOWARD WITH MY CASE. MY REQUEST HAVE NOT BEEN ANSWERD. PLEASE RESPOND

RECEIVED BY OFFICER: [signature]        DATE: 1/30/08

RESPONSE:

NO RESPOND

ANSWER GIVEN BY: _____     DATE: _____

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

| | | | | 362571 |
|---|---|---|---|---|
| 398048 : YOUNG, ALONZO | | | | |
| Loc: MAX C | | Site Name | 1/7/2008 8:56:24 AM | |
| By: BBENSON From: Cash Drawer #1 | | cct: Kankakee-8962 | Prior Balance: | $0.24 |
| Bill | Sick Call : 3 | | $10.00 CHRG | |
| BillPay | PAYMENT FOR TRANS 362571 | | | -$0.12 |
| Sign: | | | Main Balance: | $0.12 |
| | | | Sick Call Debt: | $9.88 |



Inmate ID# _____

**Kankakee County Sheriffs Police**
Timothy F. Bukowski Sheriff

## KANKAKEE COUNTY SHERIFF'S DEPARTMENT
## SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME _Alonzo Young_____ LOCATION _MAX CG_

PROBLEM _____

_____

_____

> The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20. NO ONE WILL BE DENIED MEDICAL CARE BECAUSE OF AN INABILITY TO PAY. Inmates who do not have money on the account will be seen by the medical staff, and a negative balance will be placed on their account. The charges for service are listed below:

Signature _Alonzo Young_____ Date _1-3-08_

Do not write below this line. Doing so will cause this request to become void.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENT _____

| Service Provided (circle all that apply) | Charge | Quantity | TOTAL CHARGE |
|---|---|---|---|
| **Sick Call** | $10.00 | | $10 |
| Doctor Visit | $15.00 | | |
| Dentist Visit | $30.00 | | |
| Prescription | $_____ | | |
| Over the counter medications | $_____ | | |
| Ensure | $2.00/can | | |
| Urinalysis | $3.00 | | |
| Pregnancy Test | $5.00 | | |
| Other _____ | $_____ | | |
| | | TOTAL | |

NURSE _SC_____ DATE _1/4/08_

3000 Justice Way • Kankakee, Illinois 60901
911 • Emergency
(815) 802-7110 Administration
Fax: (815) 802-7111
HTTP://wwwkankakeecountysheriff.com