**PRISONER CASE**

**FILED**
FEB 19 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** ALONZO YOUNG

**Defendant(s):** TIMOTHY F. BUKOWSKI, et al.

**County of Residence:**

**County of Residence:**

**Plaintiff's Address:**
Alonzo Young
#398048
Kankakee - JCDC
3050 Justice Way
Kankakee, IL 60901

**Defendant's Attorney:**

08CV 1018
JUDGE DOW
MAGISTRATE JUDGE NOLAN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *A. E. Woodham*  **Date:** 02/19/2008