UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Alonzo Young )
)
v. )
) 08CV 1018
Defendant(s) Timothy F Bukowski ) JUDGE DOW
Michael D. Downey ) MAGISTRATE JUDGE NOLAN
)

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Alonzo Young, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ ~~I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.~~

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Alonzo Young
Movant's Signature

3550 Justice Way
Street Address

Kankakee IL 60901
City/State/Zip

Date: 12-26-07

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge PALLMEYER | Case Number 07C 5678 |
| Case Title ALONZO YOUNG -VS- ARAMARK COMPANY | |
| Appointed Attorney's Name ??????  | |
| If case is still pending, please check box: ✓ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |