**Change of Address**

08C1018

**FILED**
FEB 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2-24-08

I've recently came back to Cook County. I have a law suit pending in Jerome Combs Detention Center just informing you that I've moved

THANK YOU

Alonzo Young

Alonzo Young