

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

March 4, 2008

Pamela E. Robinson, Clerk
127 United States Courthouse
201 South Vine Street
Urbana, IL 61801

RE:  Young v. Bukowski et al
Case No:08-cv-01018

Dear Clerk:

Pursuant to the order entered by Judge Honorable Robert M. Dow, Jr., on March 3, 2008, the above record

- ■   was electronically transmitted to   Central District of Illinois at Urbana

- ■   The following paper documents are being transferred to the court by certified mail. Document numbers: 1, 5

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    / s/ Enjoli Fletcher
       Deputy Clerk

Enclosures

New Case No. _____        Date _____

c:    Non-ECF Attorneys and Pro se Parties