UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In The Matter Of:         )
                          )
   ALONZO YOUNG           )
                          )
        vs.               )    Case No.  08 C 1018
                          )
   TIMOTHY F. BUKOWSKI, et al.  )
                          )

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

The above-captioned case having been assigned to the calendar of Judge <u>Dow</u> in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge <u>PALLMEYER</u>. The reasons for the reassignment are indicated on the reverse side.

MICHAEL W. DOBBINS
Clerk

*A. E. Woodham*
A. E. Woodham, Deputy Clerk

Dated:  February 28, 2008

*************************************************************

ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be and the same hereby is to the calendar of <u>PALLMEYER</u>.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated:  FEB 2 9 2008

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge Dow in error. Plaintiff is an inmate who has filed a prior 'conditions of confinement' case (07 C 5678). Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge PALLMEYER who was assigned to his prior 'conditions of confinement' case.