


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

March 4, 2008

Pamela E. Robinson, Clerk
~~127~~ United States Courthouse
~~219~~ 201 South Vine Street
Urbana, IL 61801

**FILED**

MAR – 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Young v. Bukowski et al
Case No:08-cv-01018

Dear Clerk:

Pursuant to the order entered by Judge Honorable Robert M. Dow, Jr., on March 3, 2008, the above record

- was electronically transmitted to Central District of Illinois at Urbana

- The following paper sealed documents are being transferred to the court by certified mail. Document numbers: 1, 5

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  / s/ Enjoli Fletcher
     Deputy Clerk

**FILED**
MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosures

New Case No. __08-2060__      Date __3/6/08__      MAR 1 1 2008

c:   Non-ECF Attorneys and Pro se Parties

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage              $
Certified Fee
                                              Postmark
Return Receipt Fee                              Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Sent To     Office of
            Clerk of the US District Court
Street, Apt. No.;
or PO Box No.  Central District of Illinois at Urbana
City, State, ZIP+4  127 United States Courthouse
            201 South Vine Street
            Urbana, IL 61801

PS Form 3800
```

7006 0100 0001 7313 4016